UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOUIS LAUDISIO,<br><br>      Plaintiff,<br><br>   -against-<br><br>SUFFOLK CONSTRUCTION COMPANY, INC.,<br><br>      Defendant. | 25-cv-6739 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  The Clerk of Court is directed to transfer this case to the United States District Court for the Eastern District of New York and to close this case in this district.

  SO ORDERED.

Dated: August 27, 2025
   New York, New York

                   _____
                   ARUN SUBRAMANIAN
                   United States District Judge